ORIGINAL

**P/SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 05-4469-GHK(RNBx) | Date | December 11, 2006 |
|---|---|---|---|

| Title | WHITE RIVER HARDWOODS-WOODWORKS INC. vs. INDIANA LUMBERMENS MUTUAL INSURANCE CO. |
|---|---|

**Presiding: The Honorable**   **GEORGE H. KING, U. S. DISTRICT JUDGE**

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

SUSAN PAGE WHITE
CAMERON H. FABER

Attorneys Present for Defendants:

MICHAELA BATTISTA SOZIO

**Proceedings:**   **SCHEDULING CONFERENCE**

Court conducts scheduling conference with counsel, and encourages counsel to engage in early settlement discussions to resolve this matter. Court enters the following scheduling order:

1. All fact and expert discovery shall be completed by no later than May 11, 2007.
2. The parties shall designate their expert witnesses, and make the required disclosures, by no later than April 11, 2007, and do likewise for any rebuttal expert witnesses by no later than April 25, 2007.
3. The parties shall comply with Local Rule 16-14 by no later than April 30, 2007. If the case settles, counsel shall advise the court clerk forthwith. If the case does not settle, counsel shall file a joint status report with the court within 48 hours of termination of settlement discussions.
4. Any dispositive motion shall be filed, in full compliance with the Local Rules, by no later than June 11, 2007, and scheduled for hearing regularly thereafter under the Local Rules.

The court will set pre-trial conference and trial dates, if necessary, after resolution of the dispositive motion(s).

**IT IS SO ORDERED.**

DOCKETED ON CM

DEC 13 2006

BY _____ 006

19

Initials of Preparer   Bea

20